IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GEORGE CHRISTOPHER WASHINGTON, | ) ) | Civil Action No. 7:12-cv-00437 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| SYKES, et al., | ) ) | By:  Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** as follows:

(1) Defendants' motion for summary judgment (Docket No. 39) is **GRANTED**, and the excessive force claim against defendants Sykes, Messer, Powers, and Mullins is **DISMISSED** without prejudice due to Washington's failure to exhaust administrative remedies as required under 42 U.S.C. § 1997e(a); and

(2) Defendant Nurse Powers's motion to dismiss (Docket No. 45) is **GRANTED;** and

(3) The Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**:  This 15th day of July, 2013.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE